IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GOLDEN GATE NATIONAL SENIOR CARE, LLC,** <br> **GGNSC LANSDALE, LP, doing business as "GOLDEN LIVING CENTER – LANSDALE,"** <br> **GPH LANSDALE LP,** <br> **GPR LANSDAL, GP, LLC,** <br> **GGNSC HOLDINGS, LLC,** <br> **GGNSC EQUITY HOLDINGS, LLC,** <br> **GGNSC ADMINISTRATIVE SERVICES, LLC,** <br> **GGNSC CLINICAL SERVICES, LLC, and** <br> **GOLDEN GATE ANCILLARY, LLC,** <br>           Petitioners, <br><br> v. <br><br> **LINDA KILLIAN,** <br>           Respondent. | CIVIL ACTION <br><br> NO. 17-2732 |

## O R D E R

**AND NOW**, this 6th day of August, 2018, upon consideration of Petitioners' Motion to Compel Arbitration (Document No. 9, filed January 19, 2018), Respondent's Brief in Opposition to Petitioners' Motion to Compel Arbitration (Document No. 10, filed February 2, 2018), and Petitioners' Reply in Support of Their Motion to Compel Arbitration (Document No. 11, filed March 2, 2018), for the reasons stated in the accompanying Memorandum dated August 6, 2018, **IT IS ORDERED** that Petitioners' Motion to Compel Arbitration is **GRANTED**, as follows:

1. Respondent shall **ARBITRATE** the claims that she filed in the Montgomery County Court of Common Pleas, Docket No. 2017-10000;

2. The Court **ENJOINS** the parties from proceeding further in the Montgomery County case, other than as necessary to stay the case pending the completion of arbitration.

**IT IS FURTHER ORDERED** that the part of the Petition for Order Compelling Arbitration, Staying Improperly Commenced State Court Proceedings, and Granting Declaratory Relief (Document No. 1, filed June 16, 2017) seeking a declaratory judgment is **DENIED AS MOOT** on the grounds that petitioners do not address declaratory relief in the Motion to Compel Arbitration and the fact that such relief is redundant.

The Court **RETAINS** jurisdiction to enter judgment on any award in arbitration and conduct any necessary proceedings relating to the arbitration.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**